NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Jay L. Raftery, Jr.
LIVE EYEWEAR, INC.
3490 Broad Street
San Luis Obispo, CA  93401
(805) 782-6438

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Live Eyewear, Inc.

Plaintiff(s),

v.

Dioptics Medical Products, Inc., FGX International, Inc., and Essilor of America, Inc.

Defendant(s)

CASE NUMBER

CV11-08182 PA(JCx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Live Eyewear, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**                                                                                              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

No known parties.

10/11/2011
Date

Sign

Attorney of record for or party appearing in pro per

CV-30 (04/10)                                              NOTICE OF INTERESTED PARTIES